

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-25-00199-CV

---

CITY OF FORT WORTH, Appellant

V.

ELLIE G. SHOPE, Appellee

---

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-351343-24

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant City of Fort Worth['s] Motion to Dismiss."

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: July 10, 2025